No. 214. HATTIESBURG GROCERY COMPANY *v.* STOKES V. ROBERTSON, STATE REVENUE AGENT OF THE STATE OF MISSISSIPPI. Error to the Supreme Court of the State of Mississippi. Argued January 16, 1923. Decided January 22, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Marcellus Green* and *Mr. Garner W. Green,* for plaintiff in error, submitted. *Mr. J. Morgan Stevens,* with whom *Mr. W. Calvin Wells* was on the brief, for defendant in error.

---

No. 260. CHARLES KELLER ET AL. *v.* POTOMAC ELECTRIC POWER COMPANY. Appeal from the Court of Appeals of the District of Columbia. January 24, 1923. Argument commenced by *Mr. Conrad H. Syme* for appellants. *Ordered:* This case is passed for the purpose of having presented and argued to the Court three questions: First, whether Congress can vest in this Court under the restrictions upon its appellate jurisdiction under the Constitution the character of review of the proceedings of the Public Utilities Commission contemplated by the act creating it; and, second, whether an appeal can be taken to this Court until a final judgment has been pronounced in the District Court of Appeals; and, third, whether such judgment is final.

These questions will be set for argument on February 19 next, after the cases specially set for that day, and will be considered and decided by this Court before proceeding to hear the case on its merits in the event that the Court finds it has jurisdiction to do so.

*Mr. Conrad H. Syme, Mr. F. H. Stephens* and *Mr. George P. Barse* for appellants. *Mr. S. R. Bowen, Mr. John A. Garver* and *Mr. John S. Barbour* for appellee.